**Electronically Filed
Supreme Court
SCWC-24-0000606
29-MAY-2026
01:47 PM
Dkt. 12 OGAC**

SCWC-24-0000606

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

NAINOA DAMON,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000606; CASE NO. 1CPC-22-0000378)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins and Ginoza, JJ.,
and Circuit Judge Kubota, assigned by reason of vacancy)

Petitioner's Application for Writ of Certiorari, filed

on April 16, 2026, is hereby accepted and will be scheduled for

oral argument.  The parties will be notified by the appellate

clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, May 29, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Peter K. Kubota

